March 02, 2007

Mr. Ramon G. Viada III
Abrams Scott & Bickley, L.L.P.
700 Louisiana, Suite 4000
Houston, TX 77002-2727

Mr. Kevin D. Jewell
Chamberlain, Hrdlicka, White, Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002
Mr. Rance L. Craft
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

RE: Case Number: 04-0890
 Court of Appeals Number: 01-03-00557-CV
 Trial Court Number: 03CV0018

Style: CITY OF GALVESTON
 v.
 STATE OF TEXAS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margie Thompson |
| |Latonia Renee Wilson |
| |Ms. Allyson Elizabeth|
| |Holt |